DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**L.S.,** the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and the
**GUARDIAN AD LITEM PROGRAM**,
Appellees.

No. 4D17-3614

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502015DP300289AMB.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for appellant.

Meredith K. Hall, Bradenton, for appellee Department of Children and Families.

Laura J. Lee, Sanford, for appellee Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***